LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                    ACHARA "AMY" SCHROEDER
—                                                                                 *Paralegal*
AMY E. GREER

September 20, 2024

**<u>BY ECF</u>**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    <u>*United States v. Tsani Russell*,</u>
                      <u>19 Cr. 554 (NRB)</u>

Dear Judge Buchwald:

      This letter is submitted on behalf of defendant Tsani Russell, whom I represent in the above-entitled case, and, for the reasons set forth below, respectfully requests that the hearing on his Violation of Supervised Release ("VOSR"), currently scheduled for next Tuesday, September 24, 2024, at 12:30 p.m., be adjourned until November 26, 2024, the date proposed after consultation with Chambers. I have been in contact with Assistant United States Attorney Jeffrey C. Coffman, and U.S. Probation Officers Stephanie Zhang and Evan Lawrence and they have informed me the government and probation do not object to this application, though probation has not yet responded as to the proposed date.

      Mr. Russell's New York State criminal case – the underlying basis for the VOSR – has been adjourned until November 1, 2024. As a result, it does not appear that the parties can accomplish anything prior to next week's scheduled conference. However, my understanding is that the parties in the state case are engaged in a plea negotiation and should arrive at a resolution in the near future. Thus, a court date in the VOSR proceeding on November 26, 2024, would be more efficient in reaching a resolution of the VOSR.

LAW OFFICES OF
**DRATEL & LEWIS**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
September 19, 2024
Page 2 of 2

    Accordingly, it is respectfully requested the September 24, 2024, VOSR hearing be adjourned until November 26, 2024.

Respectfully submitted,

Joshua L. Dratel

JLD/

**So ordered. Adjournment granted until November 26, 2024 at 11:00 a.m.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    September 23, 2024
             New York, New York